NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CLINT J. COLLINS, LAWRENCE J. ERTZ, AND JONATHAN J. TIEMEIER

---

2011-1293
(Serial No. 11/033,533)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

The Director of the United States Patent and Trademark Office moves without opposition for a 39-day extension of time, until October 3, 2011, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**AUG 2 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Everett G. Diederiks, Jr., Esq.
Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 2 2011

JAN HORBALY
CLERK